UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tara Garrow, f/k/a Tara Clemens,

    Plaintiff,

v.                                      Case No. 15-14058

JPMorgan Chase Bank, N.A.,        Sean F. Cox
                                             United States District Court Judge
    Defendant.
_____/

**ORDER ADOPTING
4/27/16 REPORT AND RECOMMENDATION**

    Plaintiff filed this action in state court and Defendant removed it to this Court based on both diversity and federal-question jurisdiction.

    On January 8, 2016, Defendant filed a Motion to Dismiss, which was referred to Magistrate Judge David Grand for issuance of a report and recommendation.

    On April 27, 2016, Magistrate Judge Grand issued a Report and Recommendation ("R&R") wherein he recommends that Defendant's motion be granted. (Docket Entry No. 11).

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

    The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the April 27, 2016 R&R.

1

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is GRANTED and this action shall be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: May 17, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 17, 2016, by electronic and/or ordinary mail.

                                              S/Jennifer McCoy
                                              Case Manager